UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JULIO AYALA, individually and on behalf all other
employees similarly situated,

                        Plaintiff,

   -against-

H.Y.M. CONSTRUCTION CORP. d/b/a H.Y.M.      Case No. 7:18-CV-00937-CS
CONSTRUCTION, and RYONG-CHOO KIM,

                        Defendants.
-------------------------------------------------------------X

      **WHEREAS**, Plaintiff contends that Defendants did not compensate him properly under federal (FLSA) and state (NYLL) wage and hour laws;

      **WHEREAS**, Defendants H.Y.M. Construction Corp. d/b/a H.Y.M. Construction, ("H.Y.M.") and Ryong-Choo Kim, who appeared in this case, deny all allegations of wrongdoing made by Plaintiff;

      **WHEREAS**, the Plaintiff, H.Y.M., and Ryong-Choo Kim (the "Settling Parties"), have resolved this matter in its entirety;

      **WHEREAS**, the Court approves of the Settling Parties' resolution of this case without further litigation;

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the Settling Parties in the above captioned action, through the undersigned counsel, that Plaintiff's Complaint and any and all claims that were or could have been asserted in this action are hereby discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure, and with each party to bear its own costs, expenses, disbursements and attorneys' fees.

Date: September 12, 2018                             Date: September 14, 2018

**HANG & ASSOCIATES, PLLC**                          **KIM, CHO, & LIM, LLC**
*Attorneys for Plaintiff Julio Ayala*                *Attorneys for Defendants H.Y.M. Construction Corp. d/b/a H.Y.M. Construction and Ryong-Choo Kim*

_____                          _____
Lorena P. Duarte, Esq.                               Joshua S. Lim, Esq.,
Jian Hang, Esq.                                      Kim, Cho, & Lim, LLC,
Hang & Associates, PLLC                              460 Bergen Boulevard, Suite 305,
136-20 38th Avenue, Suite 10G                        Pallisades Park, NJ 07650
Flushing, New York 11354                             Tel.: (201) 585-7400
Tel.: (718) 353 8588

**SO ORDERED:**

_____                          Date: 10/10/18

The Clerk shall close the case.